IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **SANDRA K. HALL** ) | |
| ) | |
| **Plaintiff** ) | |
| vs. ) | Civil Case No. 06-3022-CV-S-DW |
| ) | |
| **JO ANNE BARNHART,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| **Defendant** ) | |

__X__    **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

> **ORDERED**: the Court hereby **REVERSES** the decision of the commissioner, and **ORDERS** that this case is **REMANDED** pursuant to 42 U.S.C. Section 405(g), sentence 4, for further proceedings consistent with this Order. The Clerk is directed to enter a final judgment pursuant to Federal Rule 58.

September 7, 2006    Patricia Brune
Date    Clerk

By: __/s/ Y. Johnson__
Deputy Clerk